**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6966**

———————

VINCENT D. YUILLE,

Plaintiff - Appellant,

versus

A. D. ROBINSON, Warden, Nottoway Correctional
Center; E. S. WILLIS, Chairman c/o ICA,
Nottoway Correctional Center; R. L. PARMENTER,
Counselor, Nottoway Correctional Center,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-02-324-2)

———————

Submitted: August 29, 2002     Decided: September 9, 2002

———————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Vincent D. Yuille, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Vincent D. Yuille appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Yuille v. Robinson, No. CA-02-324-2 (E.D. Va. June 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED